TRACY L. WILKISON
United States Attorney
SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division
KERRY L. QUINN (Cal. Bar No. 302954)
Assistant United States Attorney
Major Frauds Section
     1100 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-5423
     Facsimile: (213) 894-6269
     E-mail:    Kerry.L.Quinn@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED
CLERK, U.S. DISTRICT COURT
12/16/2021
CENTRAL DISTRICT OF CALIFORNIA
BY: clee  DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CR 2:21-CR-00580-PA |
|---|---|
| Plaintiff, | ORDER SEALING INDICTMENT AND RELATED DOCUMENTS |
| v. | (UNDER SEAL) |
| ABDUL-MALIK MCCLAIN, | |
| Defendant. | |

     For good cause shown, IT IS HEREBY ORDERED THAT:  Pursuant to Federal Rule of Criminal Procedure 6(e)(4), the indictment and related documents in this case (except the arrest warrant), the government's sealing application, and this order shall be kept under seal until such time as the government files a "Report Commencing Criminal Action" in this matter.  The government is however permitted to disclose the indictment as necessary including in connection with arresting or arranging for the surrender of the defendant.

     December 16, 2021                          [signature]
     DATE                                 HONORABLE STEVE KIM
                                          UNITED STATES MAGISTRATE JUDGE

1

**OR IN CASE OF DENIAL:**

The government's application for sealed filing is DENIED. The sealing application will be filed under seal. The underlying document(s) shall be returned to the government, without filing of the documents or reflection of the name or nature of the documents on the clerk's public docket.

_____     _____
DATE                                HONORABLE STEVE KIM
                                    UNITED STATES MAGISTRATE JUDGE