Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2021 DEC 20 AM 11:02

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA V. | PLAINTIFF | CASE NUMBER: CR 2:21-CR-00580-PA |
|---|---|---|
| USMS# Abdul-Malik McClain | DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on 12/20/21 at 9:00 ☑ AM ☐ PM
   or
   The defendant was arrested in the N/A District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding: ☐ Yes ☑ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building): ☑ Yes ☐ No

4. Charges under which defendant has been booked:

   18 U.S.C. 1341 ; 18 U.S.C. 1028A(a)

5. Offense charged is a:  ☑ Felony   ☐ Minor Offense   ☐ Petty Offense   ☐ Other Misdemeanor

6. Interpreter Required: ☑ No ☐ Yes  Language: _____

7. Year of Birth: 1999

8. Defendant has retained counsel: ☐ No
   ☑ Yes  Name: Alex Kessel   Phone Number: 818-571-6468

9. Name of Pretrial Services Officer notified: Vivian

10. Remarks (if any): N/A

11. Name: Ryan Heaton (please print)

12. Office Phone Number: 310 996 3838       13. Agency: FBI

14. Signature: _____              15. Date: 12/20/21

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION