# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 2:21-CR-00580     Recorder: CS 12/20/2021     Date: 12/20/2021

Present: The Honorable Gail J. Standish, U.S. Magistrate Judge

Court Clerk: Holidae Crawford          Assistant U.S. Attorney: Kerry Quinn

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| ABDUL-MALIK MCCLAIN<br>CUSTODY-PRESENT | ALEX R. KESSEL<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and the Court does not question defendant as to true name.
Defendant is given a copy of the Indictment and acknowledges having been read or having received a copy of the Indictment and waives the reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case is assigned to the calendar of District Judge Percy Anderson.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 2/15/2022 at 8:30 AM
Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Counsel are directed to contact Judge Anderson's clerk with case information, interpreter requests, and custody status.

First Appearance/Appointment of Counsel: 00 : 00
PIA: 00 : 03
Initials of Deputy Clerk: HC by TRB