# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF(S)/PETITIONER(S) | CR 21-580 PA |
| v. | |
| ABDUL-MALIK McCLAIN, | **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01** |
| DEFENDANT(S)/RESPONDENTS(S) | |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:
28 U.S.C. section 455

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 21-01.

This self-recusal has been Ordered:
☑ within 120 days of the Court being assigned said case.
☐ after 120 days of the Court being assigned said case.

December 21, 2021
Date

_____
United States District Judge/Magistrate Judge

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **Michael W. Fitzgerald**. On all documents subsequently filed in this case, please substitute the initials **MWF** after the case number in place of the initials of the prior judge so that the case number will read: **2:21-cr-00580 MWF**.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:   ☐ Previous Judge   ☐ Statistics Clerk

CV-52 (03/21)   ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 21-01