UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

Case No.    **CR 21-580 MWF**                                                        Date: March 15, 2022

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

Interpreter    Not Applicable

| Rita Sanchez | Not Reported | Kerry L. Quinn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendant(s): | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Abdul-Malik McCLAIN | Not | | XX | Alex R. Kessel | Not | | XX |

**Proceedings:    (IN CHAMBERS) ORDER DENYING MOTION TO WITHDRAW AS COUNSEL OF RECORD [19]**

The Court has reviewed the Motion to Withdraw as Counsel of Record; Supporting Declarations; Exhibit A (the "Motion") filed by attorney Alex Kessel on March 8, 2022. (Docket No. 19). Money is the only reason given for withdrawal: Counsel for Defendant did not request a large enough fee based on the (obvious) complexity of the case, and then that fee has not been and will not be paid in full.

The Motion is **DENIED**. As everyone knows in federal court, let alone a lawyer of counsel's experience, there is no easy out in a criminal case once an appearance is made. Like every other lawyer in private practice, counsel should have attended the initial appearance but waited for that crucial witness, Mr. Green, to make his welcome appearance. If this Motion were granted, every lawyer in private practice would attempt the same stunt, to the detriment of their clients and the district court as a whole.

IT IS SO ORDERED.