# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - SENTENCING AND JUDGMENT

( ☐ Amended _____ )

| | |
|---|---|
| Case No. | CR 21-00580-ODW |
| Date | January 20, 2026 |

Present: The Honorable **OTIS D. WRIGHT, II**

| Sheila English | Marea Woolrich | Kerry L Quinn |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| Defendant | Custody | Bond | Counsel for Defendant | Retd. | DFPD | Panel | Interpreter |
|---|---|---|---|---|---|---|---|
| Abdul-Malik McClain | | X | Justin Palmer | X | ☐ | ☐ | |

**PROCEEDINGS:**  **SENTENCING AND JUDGMENT HEARING**   ☐ Contested   ☐ Non-Evidentiary

Day ___ (if continued from a prior hearing date)

____ Refer to Judgment and Probation/Commitment Order; signed copy attached hereto.   **X** Refer to separate Judgment Order.
____ Imprisonment for ___Years/months___ on each of counts
     Count(s) _____ concurrent/consecutive to count(s) _____
     Fine of $ _____ is imposed on each of count(s) concurrent/consecutive.
____ Execution/Imposition of sentence as to imprisonment only suspended on count(s) _____
____ Confined in jail-type institution for _____ to be served on consecutive days/weekends
     commencing _____
____ years/months Supervised Release/Probation imposed on count(s) _____
     consecutive/concurrent to count(s) _____
     under the usual terms & conditions (see back of Judgment/Commitment Order) and the following additional terms and conditions, under the direction of the Probation Office:
     ____ Perform _____ hours of community service.
     ____ Serve _____ in a CCC/CTC.
     ____ Pay $ _____ fine amounts & times determined by P/O.
     ____ Make $ _____ restitution in amounts & times determined by P/O.
     ____ Participate in a program for treatment of narcotic/alcohol addiction.
     ____ Pay any fine imposed by this sentence & that remains unpaid at commencement of community supervision. Comply with rules/regulations of ICE, if deported not return to U.S.A. illegally and upon any reentry during period of supervision report to the nearest P/O within 72 hours.
     ____ Other conditions: _____
____ Pursuant to Section 5E1.2(e), all fines are waived, including costs of imprisonment & supervision. The Court finds the defendant does not have the ability to pay.
____ Pay $ _____ per count, special assessment to the United States for a total of $ _____
____ Imprisonment for ___months/years___ and for a study pursuant to 18 USC _____ with results to be furnished to the Court within ___days/months___ whereupon the sentence shall be subject to modification. This matter is set for further hearing on _____
**X** Government's motion, all remaining count(s)/underlying indictment/information, ordered dismissed.
**X** Defendant informed of right to appeal.
____ ORDER sentencing transcript for Sentencing Commission.   ____ Processed statement of reasons.
**X** Bond exonerated _____ upon surrender _____ upon service of _____
____ Execution of sentence is stayed until 12 noon, _____, at which time the defendant shall surrender to the designated facility of the Bureau of Prisons, or, if no designation made, to the U.S. Marshal.
____ Defendant ordered remanded to/released from custody of U.S. Marshal forthwith.
____ Issued Remand/Release   # _____
____ Present bond to continue as bond on appeal.   ____ Appeal bond set at $ _____
____ Filed and distributed judgment. ENTERED.
**X** Other   The parties and the defendant addresses the Court.

                                                           _____ : __38__
                                        Initials of Deputy Clerk _____

cc: