UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**TO:** Clerk, United States District Court

Attention: Sheila English                                        Date: February 22, 2026
                    Deputy Clerk

**SUBJECT:** <u>REQUEST FOR CALENDAR DATE</u>

| NAME | DOCKET NO. | BOOKING NO. |
|---|---|---|
| Abdul-Malik McClain | 2:21-CR-00580-ODW | 79490-509 |

| DATE IN LOCAL CUSTODY | DEFENSE ATTORNEY: JUSTIN ARRION PALMER |
|---|---|
| N/A | TELEPHONE NO.: 562-304-5200 |

*As shown on Judgment

Please calendar the above-named defendant for a preliminary revocation of supervised release hearing on March 9, 2026 at 11am. A citation will be issued to the offender

Interpreter Needed?   ☐ Yes   ☒ No        Language Type: _____

KHIA TOWNSEND, 714-338-2960                LILLIAN SMITH, 714-338-2935
U. S. PROBATION OFFICER                    SUPERVISING PROBATION OFFICER

**FAX NO.**

*Routing of Request:*   Orig. To Clerk's Office        *Copies to:*   U. S. Attorney (Chief, Criminal Division)
                                                                      Federal Public Defender (Chief Deputy)

---

### FOR CLERK'S USE ONLY

**PLEASE TAKE NOTICE** that the above-named defendant has been calendared for hearing before the Honorable Otis D. Wright II, United States District Judge on March 23, 2026 at 9:00 a.m./~~p.m.~~ in Courtroom No. 5-d.

CLERK, U. S. DISTRICT COURT

Date  February 24, 2026                By  S. English
                                           Deputy Clerk

*Routing on Notice by Clerk:*   Original -   Court File                                                ☐
                                cc:          U. S. Probation & Pretrial Services Office                 ☐
                                             U. S. Attorney, Attn: Chief, Criminal Division             ☐
                                             Defense Attorney                                           ☐
                                             Federal Public Defender, Attn: Chief Deputy                ☐
                                             U. S. Marshal (Warrant Cases only)                         ☐
                                             Interpreter Section, Clerk's Office (When needed)          ☐

SUP 216
1/10/07