Name __Taylor Gee (Bar No. 358203)__

Address __321 East 2nd Street__

City, State, Zip __Los Angeles, California 90012__

Phone __(213) 894-8895__

Fax __(213) 894-0081__

E-Mail __taylor_gee@fd.org__

☒ FPD   ☐ Appointed   ☐ CJA   ☐ Pro Per   ☐ Retained

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF(S), | CASE NUMBER:<br><br>2:21-cr-00580-ODW |
| v.<br><br>ABDUL-MALIK MCCLAIN,<br><br>DEFENDANT(S). | **NOTICE OF APPEAL** |

NOTICE IS HEREBY GIVEN that _____Abdul-Malik McClain_____ hereby appeals to
*Name of Appellant*
the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**

☒ Judgment

☐ Interlocutory Appeals

☐ Bail status:

**Civil Matter**

☐ Order (specify):

☐ Judgment (specify):

☐ Other (specify):

Imposed or Filed on _____3/23/2026_____. Entered on the docket in this action on __N/A__.

A copy of said judgment or order is attached hereto.

_____3/23/2026_____
Date

_____/s/ Taylor Gee_____
Signature
☐ Appellant/ProSe   ☒ Counsel for Appellant   ☐ Deputy Clerk

**Note:** The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party.  Also, if not electronically filed in a criminal case,  the Clerk shall be furnished a sufficient number of copies of the Notice of  Appeal to permit prompt compliance with the service requirements of FRAP 3(d).