UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

<u>CRIMINAL MINUTES -- GENERAL</u>

Case No.    **CR 21-00580-ODW**                      Dated: March 23, 2025
==============================================================================
PRESENT:   HONORABLE OTIS D. WRIGHT, II, JUDGE

Sheila English                    Court Recorder                 Kerry L Quinn
Courtroom Deputy                                                 Asst. U.S. Attorney


==============================================================================
U.S.A. vs (Dfts listed below)              Attorneys for Defendants

   Abdul-Malik McClain                          Taylor Gee
   present -Citation                            present appointed

_____

PROCEEDINGS:    FINAL REVOCATION OF SUPERVISED RELEASE HEARING

   Refer to the JUDGMENT AND COMMITMENT ORDER FOLLOWING REVOCATION OF
   SUPERVISED RELEASE to be issued hereafter.

   See Original Judgment dated: January 20, 2026

   Defendant informed of right to appeal.


                                                        :        54
                                        _____        _____
                                        Initials of Deputy Clerk        SE


CR-11 (09/98)                    **CRIMINAL MINUTES - GENERAL**              Page 1 of 1