UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,       )   Case No. CR 21-00580-ODW
                                )
                Plaintiff,      )   JUDGMENT AND COMMITMENT ORDER
                                )   FOLLOWING PROBATION OF SUPERVISED
        v.                      )   RELEASE
                                )
Abdul-Malik McClain,            )
                                )
                Defendant.      )
_____)

     On Monday, March 23, 2026, the matter came on regularly for hearing on the Petition for Revocation of Probation and Supervised Release filed on March 24, 2026. Appearing on behalf of the Defendant was Taylor Gee, Deputy Federal Public Defender, and appearing on behalf of the Government was Assistant United States Attorney, Kerry Quinn. Also present was Probation Officer Khia Townsend and Supervising Officer, Lillian Smith.

     The defendant, after having been advised of the allegations as contained in the Petitions, admitted to the truthfulness of allegation Nos. Three, Four and Five as contained in the Petition.

///

///

The government moves to dismiss allegation nos. 1,2,6 and 7.

The Court found the Defendant to have violated the terms and conditions of Supervised Release as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California filed on January 20, 2026. The Court ORDERS the Supervised Release, revoked.

It is adjudged that Defendant, Abdul-Malik McClain, is hereby committed to the custody of the **Bureau of Prisons for a term of nine (9) months on count 1.**  Upon release from imprisonment defendant shall be placed on **supervised release** for a term of **twelve (12) months** under the original terms and conditions as set forth in the Judgment and Probation/Commitment Order of the United States District Court for the Central District of California filed on January 20, 2026, with the following additional conditions:

-The defendant is ordered to complete a residential reentry center program (RRC), community corrections component, for a period of up to 120 days.

-The defendant shall make restitution payments of 10% of his gross monthly income or $50.00 per month, whichever is greater.

-The defendant to turn over his pay stubs to his Probation Officer.

It is further ordered that the defendant **surrender himself on or before 12 noon, April 23, 2026** to the institution designated by the Bureau of Prisons. In the absence of such designation, the defendant shall report to the United States Marshal located at the First Street U.S. Courthouse 350 West First Street, Suite 3001, Los Angeles, CA. 90012

It is ordered that the clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer

Dated: <u>March 23, 2026</u>

_____

OTIS D. WRIGHT, II
United States District Judge

3